IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BETTY C. FIELDS, now known as )
Betty Jean, )
  )
    Plaintiff, )
  )    CASE NO. CV421-020
v. )
  )
ETHICON, INC. and JOHNSON & )
JOHNSON, )
  )
    Defendants. )
  )

**O R D E R**

On January 26, 2021, this matter was transferred to this Court from the Southern District of West Virginia. (Doc. 86.) This matter was originally filed as part of MDL 2327 ("Ethicon MDL"), 2:12-md-2327. (Doc. 1.) In light of the voluminous record in this matter, the parties are **DIRECTED** to update this Court regarding the status of the proceedings in this case within **thirty (30) days** from the date of this order.

Additionally, Defendants Ethicon, Inc. and Johnson & Johnson's Motion for Partial Summary Judgment (Doc. 67) is now pending before this Court. Defendants' motion was filed in the Southern District of West Virginia in May 2019. (Id.) Because Defendants' motion has been pending for some time and because the motion was originally filed in a different court, the Court has concluded that the most prudent course of action is to dismiss

Defendants' motion for partial summary judgment (Doc. 67) and to allow Defendants to file a renewed motion.

Accordingly, Defendants' Motion for Partial Summary Judgment (Doc. 67) is **DISMISSED**. Defendants shall have **forty-five (45) days** from the date of this order to refile their motion. Following service of the new motion, all normal briefing deadlines will apply. Both parties should be aware, however, that the Court will not accept any motion or response that incorporates by reference any factual allegation or argument contained in an earlier filing. Each motion and response should be a stand-alone filing that independently contains all the factual allegations and arguments that the filing party wishes the Court to consider.

SO ORDERED this 22nd day of March 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA