UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| BETTY C. FIELDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CV421-020 |
| | ) | |
| ETHICON, INC., ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above captioned case filed in the Savannah Division of this Court having been previously assigned to the undersigned.

It is hereby ORDERED that this case be reassigned to the Honorable R. Stan Baker for further plenary disposition.

SO ORDERED, this 1st day of December, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA